UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TANNERGAP, INC., and others,<br><br>Defendants. | Case No. 21-cv-03017-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED**<br><br>Re: ECF 1 |

Defendants TannerGap, Inc. and Tanner Pharma UK Limited removed this case from Santa Clara County Superior Court on April 26, 2021. ECF 1. In their removal notice, Defendants allege that removal is proper based on diversity jurisdiction, under 28 U.S.C. § 1332. ECF 1 at 4-5. However, in reaching this conclusion, Defendants incorrectly applied the corporation citizenship test to Plaintiff FS Medical Supplies, LLC and Defendant Tanner Pharma UK Limited. *Id.* LLCs and foreign limited companies are treated like partnerships for the purposes of diversity jurisdiction. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *see also Kennedy v. Sphere Drake Ins. P.L.C. No. 4 A/C*, No. 00-36045, 2002 U.S. App. LEXIS 6054, at *7 (9th Cir. Apr. 2, 2002) (finding that the failure to allege the citizenship of each member of the foreign limited companies precludes the court from establishing jurisdiction). As such, Defendants should have listed the citizenship of all members of FS Medical Supplies and

all members of Tanner Pharma and then evaluated diversity. *See* 15A Moore's Federal Practice - Civil § 102.57 (2020).

Accordingly, the Court ORDERS Defendants to show cause in writing why this case should not be remanded by May 17, 2021. The Court also ORDERS all parties to consent or decline the jurisdiction of a magistrate judge by May 24, 2021. ECF 3.

**IT IS SO ORDERED.**

Dated: May 3, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge