UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TANNERGAP, INC., and others,<br><br>Defendants. | Case No. 21-cv-03017-NC<br><br>**JUDGMENT** |

On July 12, 2021, the Court granted Defendants' Motion to Dismiss. ECF 18. Accordingly, Plaintiff's complaint is dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 12, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge